# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| Leonard Marsh and LunYe Marsh, ) | |
| ) | |
| ) | |
| ) | |
| Debtors. ) | Bankruptcy No. 10-45569 |
| ) | |
| Leonard Marsh and LunYe Marsh, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Adversary No. 11-227 |
| ) | |
| ) | |
| United States Department of Housing and ) | |
| Urban Development, ) | |
| ) | |
| ) | |
| Defendant. ) | |

**Memorandum Opinion on Trial of Adversary Complaint**

The Court finds that the Plaintiffs have not prevailed on their burden to prove by a preponderance of the evidence that the value of the property in issue is $90,000 at the relevant time, as of the effective date of the plan, as required by 11 U.S.C. § 1325(a)(5)(B)(ii).

The Plaintiffs' expert testified that he could not consider in his "sales approach" evaluation effort sales that were more than one year old. Likewise, the Court can not accept the evaluation presented herein which was dated September 30, 2010 when the relevant time for the valuation to occur is the effective date of the plan, which follows confirmation. The Plaintiffs' Modified Plan dated December 15, 2010 has not been confirmed. The Court has been awaiting the outcome of this adversary proceeding to determine the value of the Defendant's claim for treatment in the Plaintiffs' Chapter 13 Plan.

The Plaintiffs have not shown that the amount owed on the first mortgage exceeds the value of the property to qualify for a strip down of the junior mortgage. *In re Fenn*, 428 B.R. 494, 499-500 (Bankr. N.D. Ill. 2010).

     The Court hereby enters judgment in favor of the Defendant, the United States Department of Housing and Urban Development and against the Plaintiffs, Leonard Marsh and LunYe Marsh.

DATED: December 15, 2011                      ENTER: *Jacqueline P. Cox*

_____
Jacqueline P. Cox
U.S. Bankruptcy Judge